1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| MARITES FERRER and<br>MARIO FERRER;<br><br>        Plaintiffs,<br><br>   vs.<br><br>HOMEWARD RESIDENTIAL, INC.<br>F/K/A AMERICAN HOME<br>MORTGAGE SERVICING, INC.; and<br>DOES 1-100, Inclusive,<br><br>       Defendants. | Case No.  CV12-9238-MWF(RZx)<br><br>**JUDGMENT EXPUNGING LIS PENDENS** |

On February 22, 2013, following Plaintiffs' failure to timely amend the First Amended Complaint, this Court entered an order dismissing the above-titled action with prejudice for Plaintiffs' failure to prosecute.  (Docket No. 16).  In accordance with said order,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Notice of Pending Action recorded on or about September 26, 2012, in the Los

Angeles County Recorder's Office as Instrument No. 20111472964, against the real property commonly known as 1229 East 222nd Street, Carson, California 90745, be, and hereby is, **EXPUNGED.**

Following the date of recordation of this Judgment, said Notice of Pending Action shall (a) **NOT** constitute constructive or actual notice of any matter contained in it; (b) **NOT** constitute constructive or actual notice of any matters relating to this action; or (c) **NOT** create any duty of inquiry in an person dealing with the real property described in said Notice of Pending Action.

Dated: May 14, 2013

_____

MICHAEL W. FITZGERALD
United States District Judge