**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF THE STATE OF CALIFORNIA**

| | |
|---|---|
| MARITES FERRER and MARIO FERRER; <br><br> Plaintiffs, <br> vs. <br><br> HOMEWARD RESIDENTIAL, INC. F/K/A AMERICAN HOME MORTGAGE SERVICING, INC.; and DOES 1-100, Inclusive, <br><br> Defendants. | Case No. CV12-9238-MWF(RZx) <br><br> **JUDGMENT EXPUNGING LIS PENDENS** |

On February 22, 2013, following Plaintiffs' failure to timely amend the First Amended Complaint, this Court entered an order dismissing the above-titled action with prejudice for Plaintiffs' failure to prosecute. (Docket No. 16). In accordance with said order,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Notice of Pending Action recorded on or about September 26, 2012, in the Los

1

Angeles County Recorder's Office as Instrument No. 20111472964, against the real property commonly known as 1229 East 222nd Street, Carson, California 90745, be, and hereby is, **EXPUNGED.**

Following the date of recordation of this Judgment, said Notice of Pending Action shall (a) **NOT** constitute constructive or actual notice of any matter contained in it; (b) **NOT** constitute constructive or actual notice of any matters relating to this action; or (c) **NOT** create any duty of inquiry in an person dealing with the real property described in said Notice of Pending Action.

Dated: May 14, 2013

_____
MICHAEL W. FITZGERALD
United States District Judge